UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA . CR. NO. H-09-390
. HOUSTON, TEXAS
VS. .
.
BARRY LERNARD LEWIS . NOVEMBER 12, 2010
a/k/a SIR LEWIS . 10:37 A.M. to 10:57 A.M.

TRANSCRIPT of SENTENCING
BEFORE THE HONORABLE MELINDA HARMON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT: MS. ANGELA S. GOODWIN
Special Assistant U.S. Attorney
P.O. Box 12548; MC-048
Austin, Texas 78711-2548

MS. SHERRY ZACK
U.S Attorney's Office
P.O. Box 61129
Houston, Texas 77208

FOR THE DEFENDANT: MR. PETER W. JUSTIN
Attorney at Law
405 Main Street
Suite 1120
Houston, Texas 77002

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.

APPEARANCES CONTINUED

PROBATION OFFICER

OFFICIAL COURT REPORTER: MS. KATHY L. METZGER
U.S. Courthouse
515 Rusk
Room 8004
Houston, Texas 77002
713-250-5208

P R O C E E D I N G S

*THE COURT:* Next case is No. Criminal H-09-390, United States versus Barry Lernard Davis.

*MR. JUSTIN:* Peter Justin for Barry Davis, Your Honor.

*THE COURT:* Good morning.

*MS. GOODWIN:* Angela Goodwin for the government, Your Honor.

*THE COURT:* Good morning.

*MS. ZACK:* Sherry Zack for the United States as well, Your Honor. Good morning.

*THE COURT:* Good morning.

You are Barry Lernard Davis?

*THE DEFENDANT:* Yes, ma'am.

*THE COURT:* In a previous proceeding you were found guilty of Count 1, sex trafficking of children, in violation of 18, United States Code, Section 1591(a); Count 2, transportation of minors with intent to engage in criminal sexual activity, in violation of 18, United States Code, Section 2423(a); and Count 3, coercion and enticement, in violation of 18, United States Code, Section 2422(a).

Mr. Davis, have you had a chance to read over this presentence report that was filed in your case?

*THE DEFENDANT:* Yes, ma'am.

*THE COURT:* And have you discussed it with Mr. Ash -- I'm sorry, Mr. Justin. I'm sorry. I called you Mr. Ash

before, too. I'm really sorry. Mr. Justin. How did I do that? There's Mr. Ash over there, yeah. Okay. If that's the only mistake I make today, we'll be in good shape.

All right. Have you discussed it with Mr. Justin, your attorney?

*THE DEFENDANT:* Yes, ma'am.

*THE COURT:* Are you fully satisfied with the counsel, representation, and advice given to you in this case by Mr. Justin, your attorney?

*THE DEFENDANT:* Yes, ma'am.

*THE COURT:* All right. Mr. Justin made a number of objections to the report, but I need to know before we discuss those if you have any other objections that Mr. Justin didn't make on your behalf to the presentence report?

*THE DEFENDANT:* Not at this time, ma'am.

*THE COURT:* No? Okay. All right. Mr. Justin?

*MR. JUSTIN:* Judge, I would just renew the objections I have made.

*THE COURT:* Okay.

*MR. JUSTIN:* I think the way they're written will be better off stated than I could orally, Judge, and I would ask the Court to consider all the motions that I have made --

*THE COURT:* All right.

*MR. JUSTIN:* -- objections that I have made.

*THE COURT:* Okay. I'm going to overrule all of the

objections that you made for the reasons expressed by the probation office in the response. I think they're perfectly within the Sentencing Guidelines.

The only thing that I agree with you and the probation officer agreed with you is that we should have -- the probation officer agreed that they should have used the 2005 edition of the Guideline Manual and I believe they issued a new report to that effect. So, I'm going to grant those. And, otherwise -- I'm sorry. You wanted to say something?

*MS. GOODWIN:* No, Your Honor, before you do that, may I just state the Department of Justice's opinion on the record on that?

*THE COURT:* Yes, go ahead, yeah.

*MS. GOODWIN:* The U.S. Probation Office did amend their PSR to reflect that; and it is the opinion of the Department of Justice that it would not violate ex post facto in that ever since *Booker*, the guidelines are merely advisory --

*THE COURT:* Right.

*MS. GOODWIN:* -- and not law. So, the position of the government is that the Court has the authorization to use either the 2005 or the 2009 guidelines. Thank you.

*THE COURT:* Okay. Well, I'm going use the 2005. So, other than that, I adopt the presentence report -- or I adopt the revised presentence report as my own, both the findings of

fact and the application of the guidelines to the facts, find a total offense level of 37, criminal history category of V, which gives a guideline provision range of 324 to 405 months.

Mr. Justin, anything else you would like to say before I pronounce sentence?

*MR. JUSTIN:* No, ma'am.

*MS. GOODWIN:* Only, Your Honor, that we have the mother of the minor victim in the courtroom who would like to read a letter to the Court.

*THE COURT:* All right.

*MS. GOODWIN:* And may she do so with a little bit of physical space?

*THE COURT:* Sure. I'll just ask y'all to step aside a little bit.

*MS. GOODWIN:* And she's asked for security purposed that she only be referred to as Cassandra's mother.

*THE COURT:* All right. Okay. Would Cassandra's mother step forward, please.

*CASSANDRA'S MOTHER:* In regards to Barry Davis, a/k/a Sir Lewis, I'm Cassandra's mother. Finally someone asked to hear my pain. Finally I can put the many tears I have wept to paper, but at the same time I have to open the cuts of the past, open the cuts of the present to do this. And I still live the horrible lifestyle my daughter has learned from Barry Davis, a/k/a Sir Lewis. My life is forever changed, as I have

scars that cut deep into my soul and a broken heart which feels that there's a hole in it.

The daughter I once knew no longer exists, the daughter that loved her family with all her heart, the daughter who put others first before herself to show her deep love to her family and friends. Now, once again, I do not know where she is due to the behavior she learned from Barry Davis. I was a parent who did everything to find her child back in the times of Barry Davis. Sorry.

*THE COURT:* That's all right.

*CASSANDRA'S MOTHER:* I had multiple missing person's reports, multiple dealings with different agencies, multiple hospitalizations, and trying to find a solution to help my daughter escape the path she was on. Picking her up from a police department beaten, bruised, trying to get her to talk to me and tell me the truth. Having to accept the lies just to be happy she's still alive. Constantly on the phone. Constantly collecting phone numbers. Always trying to find her with any clue she might have accidentally left. Living daily but yet feeling like I have lost control of my life because I could not keep my own daughter safe due to something that was controlling her.

I was always the one left to pick up the pieces. I was the glue when Cassandra did try to escape the life at very few points, but the glue did not have enough time to dry

as Barry Davis would once again control her life and her lifestyle.

I believe that immediate family members of this type of crime are also victims of the crime and they should be part of the crime victims' compensation. As a mother of a daughter who has a child that was sexually exploited, my life has been mentally painful, consuming my life in grief and emotionally exhausting. I would be able to help Cassandra more if I'm able to help myself understand my own pain and her pain together.

This crime with Barry Davis has affected years of our past, the day we live today and the tomorrow and furthermore, the future. I'm still left to pick up the pieces of my grandchildren's lives because Cassandra's learned behaviors from Barry Davis. She's given birth to two beautiful babies, a 3-year-old and a 16-month-old. I am on Cassandra's train and still trying to pick up her pieces. I've been raising both children for over a year with my husband.

The 16-month-old was only 3 months old when he/she came to live with me at our home due to a CPS case Cassandra has to deal with. We have taken care of one child off and on since birth to make sure he/she is safe. Both children are victims of the horrific crime Barry Davis is responsible for.

The children may be in Cassandra's heart, but

Barry Davis lives in Cassandra's head. We go for months without seeing or hearing from Cassandra. The last time we saw Cassandra was 15 minutes on this child's first birthday in July. She was in a hurry to come home -- or she was in a hurry to come and go as she was driving someone else's car. She said she needed to get it back to them. It had been three months since we had seen her before the birthday.

One child knows that Cassandra is mom, but calls her by her name Cassandra. The other child does not know who Cassandra is.

The role I'm forced to take is mom for my own grandchildren. I have four natural born children who are now all over the age of 18. I never intended my life to circle into motherhood again.

Cassandra is emotionally unstable to be a mother due to the emotional and physical abuse she sustained by Barry Davis, a/k/a Sir Lewis. She's barely able to take care of her own self. She continues to live state to state, hotel to hotel in the dangerous lifestyle Barry Davis taught her as a child. This dysfunctional life our family and Cassandra live is a direct result of Cassandra learned behaviors that Barry Davis led my example and taught her. The crime, she was a victim, which will forever change her life and her family's life. We are all experiencing the consequences of the crime, her parents, her children, brothers, and sisters.

Birthdays and holidays are lonely to celebrate due to this crime committed by Barry Davis. We are missing our daughter Cassandra. Our family is in pieces. A mother has lost her daughter. Brothers and sisters bonds have been broken and two generations later our grandchildren's lives are affected as they do not have fathers or their biological mother, Cassandra.

*THE COURT:* Thank you.

*MS. GOODWIN:* That concludes the statement, Your Honor.

*THE COURT:* All right. Mr. Davis, is there anything you would like to say before I pronounce sentence?

*THE DEFENDANT:* No, ma'am.

*THE COURT:* Mr. Justin?

*MR. JUSTIN:* No, ma'am.

*THE COURT:* All right. Barry Lernard Davis, also known as Sir Lewis, stands before the Court for sentencing after being found guilty at trial of sex trafficking of children, transportation of minors with intent to engage in criminal sexual activity, and coercion and enticement.

The evidence revealed that the defendant was engaged in the promotion of prostitution, that he recruited juvenile and adult females to engage in prostitution, and that he traveled across the United States seeking clients to engage in prostitution with the juvenile and adult prostitutes he had

recruited.

He has three prior felony drug convictions, one felony conviction for aggravated assault, and one misdemeanor driving while intoxicated conviction.

The guidelines as calculated in this case adequately capture the factors in this offense and I believe that a sentence at the high end of the guideline range is appropriate in this case. Also, a life term of supervised release will allow the probation officer to monitor the defendant's reintegration into the community and provide him with any needed community referrals or sex offender treatment.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Barry Lernard Davis, also known as Sir Lewis, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 405 months on each of Counts 1 and 2 and 405 months as to Count 3, all to be served concurrently, for a total term of 405 months.

*PROBATION OFFICER:* Your Honor --

*THE COURT:* I'm sorry.

*PROBATION OFFICER:* -- the statutory maximum on Count 3 is 240 months.

*THE COURT:* I'm sorry. You're right about that. I'm sorry. Count 3, 240 months, all to be served concurrently, for a total of 405 months.

Upon release from imprisonment the defendant shall be placed on supervised release for a term of life. This term consists of life as to each of Counts 1, 2, and 3, all such terms to run concurrently.

Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

While on supervised release the defendant shall not commit another federal, state, or local crime; shall comply with the standard conditions that have been adopted by this Court under General Order No. H 1996-10; abide by any mandatory conditions required by law; and shall comply with the following additional conditions: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

The defendant shall cooperate in the collection of a DNA sample from the defendant if the collection of such a sample is authorized pursuant to Section III of the DNA Analysis Backlog Elimination Act of 2000.

The defendant shall report the address where the defendant will reside and any subsequent change of residence to the probation officer responsible for supervision.

And the defendant shall register with the sex offender registry agency in any state where the defendant

resides, is employed, carries on a vocation, or is a student, as directed by the probation officer.

The probation officer will provide the state officials with any and all information required by the state sex offender register agency and may direct the defendant to report to that agency personally for additional processing, such as photographing and fingerprinting.

The defendant shall participate in a mental health treatment program and/or sex offender treatment program provided by a registered sex offender treatment provider as approved by the United States probation officer, which may include, but not be limited to, group and/or individual counseling sessions, Abel Screen, polygraph testing, and/or psycho-psychological testing to assist in treatment and case monitoring administered by the sex offender contractor or its designee.

Further, the defendant shall participate as instructed and shall abide by all policies and procedures of the sex offender program until such time as the defendant is released from the program as approved by the United States Probation Office. The defendant will incur costs associated with such sex offender treatment program and testing based on ability to pay as determined by the United States probation officer.

The defendant shall waive his right of

confidentiality in any records for mental health treatment imposed as a consequence of this judgment to allow the supervising United States probation officer to review the defendant's course of treatment and progress with the treatment provider.

If requested by the mental health provider, the Court authorizes the United States probation officer to provide pertinent information from the presentence investigation report and any information available for mental health evaluations that are in the possession of the probation officer.

The defendant shall not seek or maintain employment, supervise, volunteer, or participate in any program and/or activity where minors under the age of 18 would congregate without prior written approval of the United States probation officer. This would include athletic, religious, volunteer, civic, or cultural activities designed for minors under the age of 18.

The defendant shall not have any contact with any minor children under the age of 18 without prior written permission of the United States probation officer.

The defendant shall not date or cohabitate with anyone who has children under the age of 18 unless approved in advance in writing by the United States probation officer.

The defendant shall not view, possess, or have under his control any nude depictions of children sexually

oriented or sexually stimulating materials, including visual, auditory, telephonic, or electronic media, computer programs or services. The defendant shall not patronize any place where such material or entertainment is in the primary source of business -- is the primary source of business.

The defendant shall not utilize any sex related telephone numbers.

The defendant shall have no contact with the victim or the victim's family, including letters, communication devices, audio or visual devices, visits, or any contact through a third party without prior written consent of the United States probation officer.

It is further ordered that the defendant shall pay to the United States a special assessment of $100 as to Counts 1, 2, and 3 for a total of $300.

The Court finds that the defendant does not have the ability to pay a fine and will waive the fine in this case.

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows: The defendant shall make a lump sum payment of $300 due immediately. Payment is to be made through the United States District Clerk, Southern District of Texas. Payment of criminal monetary penalties shall be due during the period of imprisonment.

Mr. Davis, you have a right to appeal your

conviction and your sentence. If you do not have the funds to pay for an attorney, one will be provided for you at government's expense, along with any transcripts or other documents that may be needed for your appeal.

*MR. JUSTIN:* Judge, he does want to appeal. We signed a notice of appeal today. We have not filled out any information concerning his pauperis status. May we do that this morning before we leave?

*THE COURT:* Yes. Why don't you do that with the duty magistrate and have the duty magistrate take care of making any appointments.

*MR. JUSTIN:* Okay.

*THE COURT:* Okay.

*MR. JUSTIN:* Thank you, Judge.

*THE COURT:* All right.

*MS. GOODWIN:* And, Your Honor, I have a proposed final order of forfeiture for some of the property that we listed in the indictment.

*THE COURT:* All right. I've signed the final order of forfeiture in the case.

All right. Anything else?

*MR. JUSTIN:* No.

*MS. GOODWIN:* No, Your Honor.

*THE COURT:* All right. Thank you all very much. You may be excused. Thank you.

*MS. GOODWIN:* Thank you, Your Honor.

*(Concluded at 10:57 a.m.)*

* * *

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled cause, to the best of my ability.

/s/ Kathy L. Metzger 2-23-11
Kathy L. Metzger Date
Official Court Reporter